006-15

# ELECTRONIC RECORD

COA # 11-12-00351-CR          OFFENSE: 19.03

STYLE: **James Doyle Burwell v.**
**The State of Texas**          COUNTY: Ector

COA DISPOSITION:     AFFIRMED/REVERSED
                     & RENDERED          TRIAL COURT: 70th District Court

DATE: 11/20/14          Publish: NO   TC CASE #:   A-39,270

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **James Doyle Burwell v.**
**The State of Texas**          CCA #: **PD-0006-15**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

_____REFUSED_____          JUDGE:          _____

DATE: _____03/18/2015_____          SIGNED: _____          PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD